UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN - 1 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE: )
)
GRAND JURY REPORT )
)

4:06CR00337CEJ

### ORDER

It appearing to the Court that the following defendants, to wit:

**GARY STEPHEN KAPLAN, a/k/a Greg Champion,
DAVID CARRUTHERS,
PETER WILSON, and
NORMAN STEINBERG, a/k/a Tom Miller and David Norman,**

have been indicted by the Grand Jury, and that they have not yet been taken into custody, nor have they yet given bail for their initial appearances to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearances.

_____
UNITED STATES DISTRICT JUDGE
Eastern District of Missouri
Eastern Division

Dated this 1st day of June, 2006.