UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN - 1 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 4:06CR00337CEJ |
| | ) |
| BETONSPORTS PLC, its predecessors, holding | ) |
| companies, subsidiaries and associated entities; GARY | ) |
| STEPHEN KAPLAN, a/k/a Greg Champion; NEIL | ) |
| SCOTT KAPLAN, a/k/a Scott Kaye; LORI BETH | ) |
| KAPLAN MULTZ, a/k/a Beth; DAVID CARRUTHERS; | ) |
| PETER WILSON; NORMAN STEINBERG, a/k/a Tom | ) |
| Miller and David Norman; TIM BROWN, a/k/a Matt | ) |
| Brown; DIRECT MAIL EXPERTISE, INC.; DME | ) |
| GLOBAL MARKETING & FULFILLMENT, INC.; | ) |
| MOBILE PROMOTIONS, INC.; WILLIAM HERNAN | ) |
| LENIS; WILLIAM LUIS LENIS; MANNY GUSTAVO | ) |
| LENIS, and MONICA LENIS, | ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Michael K. Fagan, Assistant United States Attorney for said District and Marty Woelfle, Trial Attorney, Organized Crime and Racketeering Section, U.S. Department of Justice and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

_____
MICHAEL K. FAGAN, #6617
Assistant United States Attorney

_____
MARTY WOELFLE AZ Bar #009363
Trial Attorney, Organized Crime and Racketeering
U.S. Department of Justice