UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | Case No. 4:06CR337CEJ(MLM) |
| ) | |
| BETONSPORTS, PLC, ET AL.,      ) | |
| ) | |
| Defendants.      ) | |

## SECOND AMENDED ORDER CONCERNING PRETRIAL MOTIONS

Pursuant to the Order of the Honorable Carol E. Jackson designating this case as "complex" (18 U.S.C. § 3161(h)(8)(A)) and finding it would be unreasonable to expect adequate pretrial preparation within the time limits of the Speedy Trial Act, and without objection by any of the parties,

**IT IS HEREBY ORDERED** that this court's 8/16/06 Amended Order Concerning Pretrial Motions is VACATED.

**IT IS FURTHER ORDERED** that the following schedule is hereby established for the progress of this case:

(1.)   No later than **September 11, 2006** the United States shall provide access to and a listing of documents to be disclosed to each defendant;

(2.)   No later than **September 29, 2006** the United States shall provide access to and a listing of any remaining documents available for review by defense counsel;

(3.)   No later than **October 20, 2006** defense counsel shall file requests for additional discovery, if they deem such to be appropriate;

(4.)   The United States shall respond to any such requests no later than **November 3, 2006** and disclosure pursuant to Rule 16 shall be completed no later than **November 27, 2006**;

- 2 -

(5.)  No later than **December 18, 2006** all parties shall file evidentiary and other pretrial motions or a notice of intent to waive the filing of pretrial motions;

(6.)  No later than **January 8, 2007** all responses shall be filed;

(7.)  No later than **January 15, 2007** all replies shall be filed;

(8.)  There shall be an Evidentiary/Waiver Hearing on **January 22, 2007** at **9:30 A.M.**

/s/Mary Ann L. Medler
**MARY ANN L. MEDLER**
**UNITED STATES MAGISTRATE JUDGE**

**Dated this   23rd    day of  August, 2006.**