**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. TENTH STREET
ST. LOUIS, MISSOURI 63102

CAROL E. JACKSON
DISTRICT JUDGE

(314) 244-7540

October 8, 2009

Mr. Brian J. O'Dwyer
O'Dwyer & Bernstein, LLP
Paul O'Dwyer Way
52 Duane Street
New York, New York 10007

Re: United States v. Stephen Gary Kaplan
No. 4:06-CR-337 (CEJ)

Dear Mr. O'Dwyer:

This is in response to your letter dated October 6, 2009. A copy of your letter will be forwarded to the United States Probation Office which is preparing the presentence reports in this case.

The court does not consider requests for relief that are contained in letters. All requests for relief must be set forth in an appropriate pleading or motion supported by a memorandum of law. Further, all such requests are to be submitted by attorneys admitted to practice before the district court for the Eastern District of Missouri. If you are not admitted to practice before this court, you may seek admission *pro hac vice*.

If you have any questions, you may wish to consult the court's local rules which can be found our website : www.moed.uscourts.gov.

Sincerely yours,

Carol E. Jackson
District Judge

c: Attorneys of record
   U. S. Probation Office