**Courtroom Minutes Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS**
**JUDGE CAROL E. JACKSON**

Date __October 14, 2009__    Case No. __4:06CR337-CEJ__
UNITED STATES vs. __David Carruthers__
Courtroom Deputy __Kara Scheele__    Court Reporter __Gary Bond__
Interpreter _____
AUSA: __Steven Muchnick, Charles Birmingham, Steven Holtshouser__
Defendant's Counsel: __Scott Rosenblum__
Defendant's Age: __52__    Education: __MBA__

## ARRAIGNMENT/PLEA:
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until _____ at _____ am/pm
☐ Defendant signs waiver of indictment/consents to proceed by information
☐ Criminal information filed  ☐ Superseding indictment/information filed
☐ Defendant waives reading of indictment/information
☐ Defendant arraigned
☐ Defendant enters plea of  ☐ **Guilty**  ☐ **Not Guilty** to Count(s) _____ of the (superseding) indictment/information
   See below for next hearing date

## CHANGE OF PLEA:
☒ Plea Agreement, Guideline Recommendations, & Stipulation of Facts Relative to Sentencing filed
☒ The Court
   ☐ *adopts and approves* the Plea Agreement, Guidelines Recommendation & Stipulation of facts
   ☒ *defers the adoption* of the Plea Agreement, Guidelines Recommendation & Stipulation of facts
☐ Plea Agreement, Guidelines Recommendation & Stipulation of facts filed **under seal**

☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to
   Count(s) __1__ of the (superseding) indictment/information

☒ Sentencing set __Jan. 8, 2010__ at __9:30__ am/pm
☒ Count(s) __2-5, 17-19__ held in abeyance until sentencing
☐ Probation Officer in courtroom: _____

☐ Defendant is **remanded** to custody   ☒ Defendant is released on existing **bond**
   [If Δ was on bond and is remanded, change location code to "LC."]
__defendant enters a new change of plea as to count 1 of the 3rd superseding indictment.__

**Proceedings**: Commenced __9:30__    Concluded __10:10__