UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:06-CR-337-CEJ |
| DAVID CARRUTHERS, | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing will be held on **Friday, January 8, 2010**, at **9:30 a.m.**, in Courtroom 14 North.

**IT IS FURTHER ORDERED** that the deadline for filing objections to the Presentence Report is **December 18, 2009**. No objections will be accepted after the deadline, except for good cause shown.

**IT IS FURTHER ORDERED** that sentencing memoranda, if any, must be filed not less than ten (10) days prior to the sentencing date. **Objections to the presentence report are not to be included in the sentencing memoranda; objections must be filed as a separate document.**

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing, not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at the hearing. Any party intending to present testimony shall, also not less than ten (10) days prior to the sentencing date, file a statement containing the names of the witnesses, the substance of the testimony, and the estimated length of such testimony. Except for good cause shown, the Court will not allow any testimony that is not disclosed in

accordance with this Order.

Dated this 14th  day of October, 2009.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE